UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Daniel Green,                                            Case No. 1:14 CV 1267

         Petitioner,

   v.

                                                 <u>JUDGMENT ENTRY</u>

Neil Turner, Warden,

         Respondent.

      This Court having contemporaneously filed its Memorandum of Opinion in this case, ORDERS that this action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the Court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

      So ordered.

                                                                                <u>/s/ James G. Carr</u>
                                                                                Sr. U.S. District Judge